PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

in and for the District of Oregon

1001 SW Fifth Ave,- #700 - Portland ORE 97204

| | |
|---|---|
| Peter SZANTO<br><br>**Debtor, Appellant**<br>------------------------------------------<br>Peter Szanto, Defendant<br><br>vs,<br><br>Evye Szanto, et al,<br>Plaintiffs | **Adversarial # 16-ap-3114**<br><br>core case:16-bk-33185-pcm7<br><br>**Peter Szanto's Notice of Appeal to U.S. District Court** |

To the Court, Victor Szanto, Anthony Szanto, Barbara Alexander the other parties to this action and their counsels:

**PLEASE TAKE NOTICE** Debtor herewith and hereby perfects appeal from this Court's ORDER related to DENIAL of CHANGE of VENUE Docket Entry 455 attached hereto as [EXHIBIT A].

**Election is made for the US District Court to hear this appeal.**

DATED July 5-2019        **/s/**  /s/ signed electronically Peter Szanto

16-33185            Notice on Appeal July 5, 2019   – pg. 1

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## Notice of Appeal:

on the following by placing the within document in a postage pre-paid envelope addressed as:

> Nicholas J. Henderson
> Troy G. Sexton
> care of
> Motschenbacher & Blattner, LLP
> 117 SW Taylor St., Suite 300
> Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

the instant filing is service on the United States Bankruptcy Court
1001 SW Fifth Avenue # 700, Portland OR 97204

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated 5 July 2019      /s/ signed electronically

DISTRICT OF OREGON
**F I L E D**
June 21, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>　　　　　Debtor. | Case No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>　　　　　Defendants. | Adv. Proc. No. 16-03114-pcm<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE |

THIS MATTER came before the Court on Plaintiff's Motion To Change Venue [Inter-

District] to Central District of California Wherein Proceedings in this Cause Have Been

Page 1 of 2    ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE

{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 16-03114-pcm    Doc 455    Filed 06/21/19

Proceeding at Nicholas Henderson's Behest Since September 2017 [Dkt # 446] (the "Motion"). Plaintiff appeared *in pro per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell and Barbara Szanto Alexander ("Defendants") appeared by and through their attorneys, Troy Sexton of Motschenbacher & Blattner LLP, and David Olsen. The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

    IT IS HEREBY ORDERED as follows:

    1.    The Plaintiff's Motion is DENIED for the reasons stated on the record.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Telephone: 503-417-0500
E-mail: tsexton@portlaw.com
Of Attorneys for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

Page 2 of 2    ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE

{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 16-03114-pcm    Doc 455    Filed 06/21/19